## STATE *v.* WEBSTER.

Maliciously and willfully cutting of a rope, to which a banner is suspended, by which both those chattels, being the property of persons named in the indictment, are injured, is an offence within the meaning of the Revised Statutes, chapter 215, section 18.

INDICTMENT, charging that the defendant willfully and maliciously cut a rope, on which a national flag was sus-

pended, the property of William P. Frost and others, to the injury of the rope and banner, and contrary to the statute, &c.

To this indictment the defendant demurred generally.

*French,* Solicitor, for the State.

*Marston,* for the defendant.

GILCHRIST, J.  This is a plain case.  By the Revised Statutes, chapter 215, section 18, if any person shall willfully and maliciously commit an act, whereby the real or personal property of another shall be injured, such person shall be punished, &c.

The indictment charges that the defendant willfully and maliciously cut off a rope, having a banner attached to it, by means of which willful and malicious cutting off, as aforesaid, the rope and banner, being both of them the property of the persons named in the indictment, were greatly injured.

The demurrer confesses that all the allegations in the indictment are true.  They appear to be formally stated, and no reason appears why there should not be judgment for the State.

*Judgment for the State.*